Conde T. Cox, OSB #090977
conde@lawofficeofcondecox.com
Law Office of Conde Cox
P. O. Box 1379
Ashland, OR 97520
Telephone: (541) 944 -7788
Federal Court Counsel for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

DAVID STAPLETON,
in his capacity as Receiver for
the Receivership Entity, including for Zadeh Kicks, LLC,
    Plaintiff

v.    Case No. 6:23-cv-01977-AA

DEFENDANTS' DISCLOSURE STATEMENT
PURSUANT TO RULE 7.1, FRCP and LR 7.1

DEADSTOCK LA, INC. a California corporation, and
ELY HALAVI, an individual and California resident.,
    Defendants

    Defendants Deadstock LA, Inc. and Ely Halavi hereby file, pursuant to Rule 7.1, Federal Rules of Civil Procedure, ("FRCP"), and pursuant to LR 7.1, this Disclosure Statement and hereby disclose and state that there is no parent corporation for either Defendant and that no publicly held corporation owns any

stock of either Defendant. Defendants further state and disclose that all stock ownership in Defendant Deadstock LA, Inc. is held by solely a resident of California.

Respectfully submitted,

*/s/ Conde T. Cox*

Federal Court Counsel for Defendants:
Conde T. Cox, OSB #090977
Email: conde@lawofficeofcondecox.com
Law Office of Conde Cox
P. O. Box 1379
Ashland, OR 97520
Telephone: (541) 944 -7788

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Disclosure Statement Pursuant to Rule 7.1, FRCP, was served on January 3, 2024, via this Court's CM/ECF electronic service system, upon all counsel of record in this civil action.

/s/ Conde T. Cox